UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                                 Case No.: 16-70610 (AST)

    Frank A. Fiore                                                      CHAPTER 11

                 Debtor(s).                                        **ORDER FOR RETENTION OF ATTORNEYS**
-----------------------------------------------------------x

        Upon the annexed application of the above-named Debtor(s), dated the 10th day of February, 2016, seeking an Order authorizing it to employ and retain the law firm of MACCO & STERN, LLP under the provisions of a General Retainer, and upon the annexed affidavit of MICHAEL J. MACCO, a member of the firm of MACCO & STERN, LLP stating that the said law firm has no present connection with any of the creditors, and further that they represent no adverse interest to the above named Debtor(s) or its estate in the matters upon which they are to be engaged, and it appearing that it is necessary for the Debtors to retain such counsel, it is

        ORDERED, that Frank Fiore, be and it hereby is, authorized to retain the law firm of MACCO & STERN, LLP as its attorneys to represent it as the Debtor in the within proceeding under a General Retainer and to render the legal services as enumerated in Paragraph 5 of the application, and to be compensated pursuant to Bankruptcy Court authorization.

        <u>ORDERED, that no compensation or reimbursement of expenses shall be paid to MACCO & STERN, LLP for professional services rendered to Debtor, except upon a proper application and by further order of this Court following a hearing on notice pursuant to §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.</u>

No Objection:
***/S/  Stan Y. Yang  11/12/2016***
U.S. Trustee's Office



**Dated: December 2, 2016**  
       **Central Islip, New York**

_____
          **Alan S. Trust**
    **United States Bankruptcy Judge**