UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:

FRANK A. FIORE,

                             Debtor
------------------------------------------------------------ x

Case No. 16-70610 (AST)

Chapter 11

## ORDER GRANTING FIRST INTERIM
## APPLICATION FOR COMPENSATION OF DEBTOR'S COUNSEL

Upon the application for compensation (the "Application") of the Macco & Stern, LLP (the "Applicant"), attorneys for Frank Fiore, the (the "Debtor"), the debtor and debtor-in-possession, for an order granting the Applicant's first interim request for compensation in the total amount of $22,011.50 (the "Fees") and reimbursement of expenses in the total amount of $106.28 (the "Expenses"); and the affidavit of service of the Application, on file with the Court; and additional service being neither necessary nor required; and no objections to the Application having been filed or received; and the hearing having been held on December 19, 2016 (the "Hearing");  and the Court having heard oral argument at the Hearing from the Applicant on the Application; and Applicant having $42,500 (the "Escrow Funds") from the Debtor held in its escrow account; and the Fees and Expenses being reasonable and necessary; and good and sufficient cause appearing; and it is hereby

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that the Fees in the amount of $22,011.50 and Expenses in the amount of $106.28 are approved; and it is further

**ORDERED**, that upon entry of this Order, the Applicant is authorized to apply the Escrow Funds towards the above-referenced and awarded Fees and Expenses.



Dated: December 21, 2016  
Central Islip, New York

_____  
**Alan S. Trust**  
**United States Bankruptcy Judge**