**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:

Frank A. Fiore,

      Debtor.

Case No. 16-70610-AST
Chapter 11

| | |
|---|---|
| STATE OF NEW YORK | ) |
| COUNTY OF WESTCHESTER | ) |
| CITY OF NEW ROCHELLE | ) |

    Mina Beshara, being duly sworn, deposes and says that he is over eighteen (18) years of age and resides in New Rochelle, New York.

    That on January 27, 2017, deponent served the within Notice of Motion and Application by depositing a true copy thereof, properly enclosed in a securely closed and duly postpaid wrapper in a depository regularly maintained by the United States Postal Service in the City of New Rochelle, New York, directed as follows:

TO:

Frank A. Fiore
3 Jill Court
Greenlawn, NY 11740

Michael J Macco
Macco & Stern LLP
2950 Express Drive South
Suite 109
Islandia, NY 11749

US Trustee Trial Attorney
Stan Y Yang
Office of the United States Trustee
Central Islip Office
Alfonse M D'Amato US Courthouse
560 Federal Plaza
Central Islip, NY 11722

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

The Honorable Alan S. Trust
Courtroom 960
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

/s/ Mina Beshara
Mina Beshara

Subscribed and sworn to before me

January 27, 2017

Notary Public

DANIEL BRITO
Notary Public, State of New York
No. 01BR6141638
Qualified in Westchester County
Commission Expires Feb. 27, 2018