# MACCO & STERN, LLP
Attorneys At Law
2950 Express Drive South, Suite 109
Islandia, New York 11749
www.maccosternlaw.com

Michael J. Macco
Richard L. Stern

Peter Corey
Cooper J Macco

Telephone (631) 549-7900
Facsimile (631) 549-7845

6 February, 2017

Clerk of the Court
United States Bankruptcy Court
290 Federal Plaza
PO Box 9013
Central Islip, New York 11722

        Re:    Frank A. Fiore
                Ch. 11 Case #: 16-70610-ast
                Claim #: 2

Dear Sir/Madam:

        Please be advised that the undersigned has a Notice of Presentment to Claim Number 2 of American Honda Finance Corporation listed as Docket #: 50 on the calendar. On February 2nd American Honda Finance Corporation filed an Amended Proof of Claim. Based on the Amended Proof of Claim, the debtor withdraws the objection to the allowance of Claim No. 2 and will allow the amended claim in the place and stead of the original claim filed on the case.

Very truly yours,

Michael J. Macco

MJM/cs

cc: American Honda Finance Corporation
    PO Box 168088
    Irving, TX 75016-8088

    Office of the United States Trustee
    Long Island Federal Courthouse
    560 Federal Plaza
    Central Islip, New York 11722