## MACCO & STERN, LLP
Attorneys At Law
2950 Express Drive South, Suite 109
Islandia, New York 11749
www.maccosternlaw.com

Michael J. Macco
Richard L. Stern

Peter Corey
Cooper J Macco

Telephone (631) 549-7900
Facsimile (631) 549-7845

8 February, 2017

Clerk of the Court
United States Bankruptcy Court
290 Federal Plaza
PO Box 9013
Central Islip, New York 11722

    Re:    **Frank A. Fiore**
            **Ch. 11 Case #: 16-70610-ast**
            **Claim #: 8**

Dear Sir/Madam:

    Please be advised that the undersigned has a Notice of Presentment to Claim Number 8 of Nationstar Mortgage LLC listed as Docket #: 51 on the calendar. The debtor wishes to withdraw the objection to the allowance of Claim No. 8.

Very truly yours,

Cooper J Macco

CJM/cs

cc:    Nationstar Mortgage LLC
       PO Box 619096
       Dallas, TX 75261-9741

       Robert K. Young, Esq.
       McCabe, Weisberg & Conway, PC
       145 Huguenot Street, Suite 210
       New Rochelle, NY 10801

       Office of the United States Trustee
       Long Island Federal Courthouse
       560 Federal Plaza
       Central Islip, New York 11722