UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:

FRANK A. FIORE,

                                  Debtor.
-------------------------------------------------------------- x
AARON DANIELS and ROBERT SZWAJA,

                                  Plaintiffs,

                   -against-

FRANK A. FIORE,

                                  Defendant.
-------------------------------------------------------------- x

Case No.: 16-70610 (AST)

Chapter 11

Adv. Pro. No.: 16-08128 (AST)

## ORDER APPROVING SETTLEMENT

Upon the motion (the "Motion") of Frank A. Fiore, the (the "Debtor"), the debtor and debtor-in-possession, by and through his counsel, Macco & Stern, LLP, for an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), approving a settlement (the "Settlement"), dated February 2, 2017, in the above-referenced adversary proceeding commenced by Aaron Daniels and Robert Szwaja (the "Plaintiffs"); and the affidavit of service of the Motion, on file with the Court; and additional service being neither necessary nor required; and no objections to the Motion having been filed or received; and the hearing having been scheduled for March 8, 2017 (the "Hearing"); and the Court having waived oral argument at the Hearing; and the Settlement being in the best interests of the Debtor, the Plaintiffs, and the Debtor's estate and its creditors; and good and sufficient cause appearing; and it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED,** that the Settlement, dated February 2, 2017, annexed hereto as **Exhibit A**, and incorporated herein by reference, is approved; and it is further

**ORDERED,** that the Clerk of the Court shall close the above-referenced adversary proceeding; and it

**ORDERED**, that the Debtor, or their agents, assigns, or successor in interest, may take any and all action under applicable law to exercise its remedies in accordance with this Order

**SO ORDERED:**



**Dated: March 28, 2017**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**