UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:

FRANK A. FIORE,

                              Debtor
-------------------------------------------------------------- x

Case No. 16-70610 (AST)

Chapter 11

## ORDER GRANTING SECOND AND FINAL
## APPLICATION FOR COMPENSATION OF DEBTOR'S COUNSEL

Upon the application for compensation (the "Application") of the Macco & Stern, LLP (the "Applicant"), attorneys for Frank Fiore, (the "Debtor"), the debtor and debtor-in-possession, for an order granting the Applicant's second and final request for compensation in the total amount of $41,592.50 (the "Total Fees") and reimbursement of expenses in the total amount of $248.67 (the "Total Expenses"); and the affidavit of service of the Application, on file with the Court; and additional service being neither necessary nor required; and no objections to the Application having been filed or received; and by order (the "Interim Order'), dated December 22, 2016, the Court having approved Applicant's first interim request for fees in the amount of $22,011.50 (the "Interim Fees") and expenses in the amount of $106.28 (the "Interim Expenses"); and there being an outstanding fee balance of $19,581 (the "Fee Balance") and expense balance of $142.39 (the "Expense Balance"); and the hearing having been scheduled for March 8, 2017 (the "Hearing"); and the Court having waived oral argument at the Hearing; and Applicant having $21,973.72 (the "Escrow Amounts") from the Debtor held in its escrow account; and the Fees and Expenses being reasonable and necessary; and good and sufficient cause appearing; and it is hereby

**ORDERED**, that the Application is granted; and it is further

**ORDERED,** that the Total Fees in the amount of $41,592.50 and Total Expenses in the amount of $248.67 are approved; and it is further

**ORDERED**, that the Debtor shall pay Applicant the Total Fees, in the amount of $41,592.50, less the Interim Fees, in the amount of $22,011.50, for the total remaining Fee Balance in the amount of $19,581.00; and it is further

**ORDERED**, that the Debtor shall pay Applicant the Total Expenses, in the amount of $248.67, less the Interim Expenses, in the amount of $106.28, for the total remaining Expense Balance in the amount of $142.39; and it is further

**ORDERED**, that upon entry of this Order, the Applicant is authorized to apply the Escrow Funds towards the above-referenced and awarded Fee Balance and Expense Balance; and it is further

**ORDERED**, that the Applicant, or their agents, assigns, or successor in interest, may take any and all action under applicable law to exercise its remedies in accordance with this Order.

**No objection:**

*/S/  Stan Y. Yang   3/23/2017*   Office of the United States Trustee



Dated: March 28, 2017
Central Islip, New York

_____
Alan S. Trust
United States Bankruptcy Judge