| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Frank A. Fiore** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–0046** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York <br> 290 Federal Plaza <br> Central Islip, NY 11722 | Date case filed for Chapter  **11: 2/17/16** |
| Case number:  **8–16–70610–ast** | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on February 17, 2016, and an order having been signed by the Honorable Alan S. Trust, United States Bankruptcy Judge, on March 28, 2017 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: March 29, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]